UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| DONNA FRANKLIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A.#1:12cv1067(TSE/JFA) |
| ) | |
| RED HOT & BLUE RESTAURANTS, INC ) | |
| ) | |
| Defendant. ) | |

Certificate of Service

I, Victor M. Glasberg, certify that on the 29th day of November 2012, I mailed a copy of

Plaintiff's First Interrogatories and Request for Documents to:

>Randy C. Sparks, Esq.
>Kaufman & Canoles, P.C.
>1021 E. Cary Street, #1400
>Richmond, VA 23219

>//s// Victor M. Glasberg
>Victor M. Glasberg, #16184
>Victor M. Glasberg & Associates
>121 S. Columbus Street
>Alexandria, VA  22314
>(703) 684-1100 / Fax: 703-684-1104
>vmg@robinhoodesq.com
>FranklinD\DiscPldgs\FindocCS2012-1129