UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| DONNA FRANKLIN | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A.#1:12cv1067(TSE/JFA) |
| | ) |
| RED HOT & BLUE RESTAURANTS, INC | ) |
| | ) |
|     Defendant. | ) |

CERTIFICATE OF SERVICE

    I, Victor M. Glasberg, certify that on this 23rd day of January, 2013, I emailed and mailed a copy of Plaintiff's Second Request for Documents to counsel listed below, and electronically filed this Certificate of Service with the clerk of the court:

        Randy C. Sparks Jr., Esq.
        Kaufman & Canoles, P.C.
        Two James Center
        1021 East Cary Street, #1400
        Richmond, VA 23219-4058

        //s// Victor M. Glasberg
        Victor M. Glasberg, #16184
        Victor M. Glasberg & Associates
        121 S. Columbus Street
        Alexandria, VA  22314
        (703) 684-1100 / Fax: 703-684-1104
        vmg@robinhoodesq.com

        Counsel for Plaintiff