UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| DONNA FRANKLIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. #1:12-cv-1067 (TSE/JFA) |
| | ) |
| RED HOT & BLUE RESTAURANTS, INC., | ) |
| | ) |
|     Defendant. | ) |

CERTIFICATE OF SERVICE

I, Victor M. Glasberg, hereby certify that a true and accurate copy of Plaintiff's Disclosures was mailed, first class, postage prepaid on this 30th day of January 2013, to counsel listed below, and that this Certificate of Service was filed electronically with the clerk of the court.

    Randy C. Sparks Jr., Esq.
    Kaufman & Canoles, P.C.
    Two James Center
    1021 East Cary Street, #1400
    Richmond, VA 23219-4058

    //s// Victor M. Glasberg
    Victor M. Glasberg, #16184
    Bernadette Armand, #81332
    Victor M. Glasberg & Associates
    121 S. Columbus Street
    Alexandria, VA  22314
    (703) 684-1100 / Fax: 703-684-1104
    vmg@robinhoodesq.com

    Counsel for Plaintiff