UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| DONNA FRANKLIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. #1:12-cv-1067 (TSE/JFA) |
| | ) |
| RED HOT & BLUE RESTAURANTS, INC., | ) |
| | ) |
|     Defendant. | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Donna Franklin and Defendant Red Hot & Blue Restaurants, Inc., by and through their respective counsel, stipulate to the dismissal with prejudice of this matter, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated:  February 19, 2013

| Counsel for plaintiff: | Counsel for Defendant: |
|---|---|
| //s// Victor M. Glasberg | //s// Randy C. Sparks, Jr., Esq. |
| Victor M. Glasberg, #16184 | Randy C. Sparks, Jr., Esq., #40723 |
| Bernadette Armand, #81332 | Kaufman & Canoles, P.C. |
| Victor M. Glasberg & Associates | Two James Center |
| 121 S. Columbus Street | 1021 East Cary Street, #1400 |
| Alexandria, VA  22314 | Richmond, VA 23219-4058 |
| (703) 684-1100 / Fax: 703-684-1104 | 804-771-5709 / Fax:  804- 771-5777 |
| vmg@robinhoodesq.com | rcsparks@kaufcan.com |

**FranklinDonna\Pleadings\StipDismissal**

Certificate of Service

   I, Victor M. Glasberg, hereby certify that on this 19th day of February 2013, I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the clerk of the court.

                //s// Victor M. Glasberg
                Victor M. Glasberg, #16184
                Victor M. Glasberg & Associates
                121 S. Columbus Street
                Alexandria, VA  22314
                (703) 684-1100 / Fax: 703-684-1104
                vmg@robinhoodesq.com

                Counsel for Plaintiff